[No. 9267–7–I.   Division One.   March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
GARY MOLITOR, *Defendant,* WALTER ROBERT
JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01530–6, Arthur E. Piehler, J., entered
March 4, 1980. *Affirmed in part* and *remanded* by unpublished opinion per James, J., concurred in by Andersen,
C.J., and Swanson, J.

[No. 9668–1–I.   Division One.   March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
RAY SHELDON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 4308, Walter J. Deierlein, Jr., J., entered
December 11, 1980. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Williams and Ringold, JJ.

[No. 8548–4–I.   Division One.   March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
RAYMOND TAUVELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00980–0, Robert M. Elston, J., entered
March 3, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 9625–7–I.   Division One.   March 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMMY
BLAIR WALLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02463–5, Lee Kraft, J., entered
November 4, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Callow, JJ.